IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORETTA LOPEZ | : | CIVIL ACTION |
| *AS ADMINISTRATRIX OF THE ESTATE* | : | |
| *OF VALLIA VALENE KARAHARISIS* | : | No. 15-5059 |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY, et al. | : | |

## ORDER

AND NOW, this 5th day of July, 2016, for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Plaintiff Loretta Lopez's unopposed Motion for Leave to Extend Time for Service Pursuant to Federal Rule of Civil Procedure 4(m) (Document 35) is GRANTED. The Rule 4(m) service period is extended up to and including July 19, 2016. This extension is granted nunc pro tunc to January 8, 2016.

- Lopez's Motion for Leave to Amend the Complaint (Document 19) is GRANTED. The Amended Complaint attached as Exhibit A to the Motion for Leave to Amend (Document 19-1) shall be separately docketed as Lopez's Amended Complaint.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.