# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORETTA LOPEZ, as ADMINISTRATRIX of the ESTATE of VALLIA VALENE KARAHARISIS, | : : : : |
| Plaintiff, | : : CIVIL ACTION |
| v. | : NO. 15-05059 |
| BUCKS COUNTY, ET Al. | : : |
| Defendants. | : |

## STIPULATION OF WITHDRAWAL

AND NOW come Loretta Lopez, Kristin Spadaro, Amy Pomales, and Rebecca Mitchell, and the County of Bucks, and stipulate, pending approval of the Court, that all claims against Individual Defendants Kristin Spadaro, Amy Pomales, and Rebecca Mitchell are hereby withdrawn, with prejudice.

Date: 11/30/16

Jonathan H. Feinberg, Esquire
Susan M. Lin, Esquire
Kairys, Rudovsky, Messing & Feinberg LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

Attorneys for Plaintiff Loretta Lopez

Date: 1/11/17

Frank A. Chernak, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Attorneys for Defendants
Kristin Spadaro, Amy Pomales and
Rebecca Mitchell