IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LORETTA LOPEZ, as
ADMINISTRATRIX of the ESTATE of
VALLIA VALENE KARAHARISIS,

    Plaintiff,

v.

BUCKS COUNTY, ET Al.

    Defendants.

CIVIL ACTION

NO. 15-05059

FILED
FEB 0 2 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## STIPULATION OF WITHDRAWAL

AND NOW come Loretta Lopez, Kristin Spadaro, Amy Pomales, and Rebecca Mitchell, and the County of Bucks, and stipulate, pending approval of the Court, that all claims against Individual Defendants Kristin Spadaro, Amy Pomales, and Rebecca Mitchell are hereby withdrawn, with prejudice.

Date: 11/30/16

_____
Jonathan H. Feinberg, Esquire
Susan M. Lin, Esquire
Kairys, Rudovsky, Messing & Feinberg LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

Attorneys for Plaintiff Loretta Lopez

Date: 1/11/17

_____
Frank A. Chernak, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Attorneys for Defendants
Kristin Spadaro, Amy Pomales and
Rebecca Mitchell

2/2/17

DMEAST #27396566 v1

By: _____